# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KAYLA ANN GONZALES, <br><br> Defendant. | CR 19-82-BLG-SPW <br><br><br> ORDER |

Upon the United States' Motion to Dismiss the Forfeiture Allegation (Doc. 32) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 13th day of February, 2020.

SUSAN P. WATTERS
United States District Court Judge