# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-82-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| KAYLA ANN GONZALES, | |
| Defendant. | |

Pending before the Court is the motion of the United States to withdraw the motion to dismiss and vacate the Court's order dismissing the forfeiture allegation contained in the indictment (Doc. 37) For good cause shown,

IT IS HEREBY ORDERED that the United States' Motion (Doc. 37) is GRANTED.

IT IS FURTHER ORDERED that the motion to dismiss the forfeiture allegation (Doc. 32) is **WITHDRAWN** and the Court's Order dismissing the forfeiture allegation (Doc. 34) is **VACATED**.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 18th day of February, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge