IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JUN - 4 2020

Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, Plaintiff, vs. KAYLA ANN GONZALES, Defendant. | CR 19-82-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |
|---|---|

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation;

AND WHEREAS, on October 17, 2019, the defendant entered a plea of guilty to count I of the indictment, which charged her with conspiracy to possess with intent to distribute methamphetamine, in count II with intent to distribute methamphetamine, and in count III with possession of a firearm in furtherance of a drug trafficking crime;

1

AND WHEREAS, the defendant agreed not to contest, or assist others in contesting, the forfeiture sought in the charging document to which the defendant pleaded guilty;

And whereas, by virtue of said guilty pleas, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

And whereas, beginning on March 31, 2020, and ending on April 29, 2020, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- Approximately $2,759.00 in United States currency; and
- a Sig Sauer P938 handgun (serial number 52E039968).

And whereas, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2. The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3. All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4. The Clerk is directed to send copies of this order to all counsel of record and the defendant. The Clerk is further directed to send three certified copies of this order to the United States Marshal.

DATED this 4th day of June, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge